WILLIAM A. HARDT et al. *v.* JULIUS LEVY et al.

In the Matter of the Accounting of HENRY WINTHROP GRAY, as Receiver of LEVY BROTHERS & CO., Respondent; KINGS COUNTY TRUST COMPANY, as Receiver, et al., Appellants.

*Hardt* v. *Levy*, 20 App Div. 400, affirmed.
(Argued February 28, 1898; decided March 15, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered August 24, 1897, reversing an order of Special Term and settling the accounts of a receiver.

*Ira Leo Bamberger* and *Benjamin Tuska* for appellants.

*George Zabriskie* for respondent.

Order affirmed, with costs; no opinion.
All concur, except GRAY, J., absent.

---

JOHN J. REEBER et al., Appellants, *v.* CHARLES H. MEYER, Respondent.

*Reeber* v. *Meyer*, 21 App. Div. 638, appeal dismissed.
(Submitted February 28, 1898; decided March 15, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 20, 1897, affirming an order of Special Term denying a motion to compel defendant's attorney to accept a notice of appeal from a judgment.

*James T. McMahon* for appellants.

*H. H. Glass* for respondent.

Appeal dismissed, with costs; no opinion.
All concur.